# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC,<br><br>Petitioners,<br><br>v.<br><br>SCOTT ALEXANDER THOMPSON a/k/a SCOTT A. THOMPSON a/k/a SCOTT THOMPSON,<br><br>Respondent. | Civil Action No. 2:15-cv-00851 JAK (JCx)<br><br>**JUDGMENT**<br><br>**JS-6** |

## **JUDGMENT**

AND NOW, upon consideration of Petitioners Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC's Application for Entry of Default Judgment and pursuant to Fed. R. Civ. P. 55(b) and Local Rule 55-1, default judgment is hereby entered in favor of Morgan

Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC and against Respondent Scott Alexander Thompson a/k/a Scott A. Thompson a/k/a Scott Thompson ("Thompson") as follows:

1.   The Financial Industry Regulatory Authority arbitration Award served on October 6, 2014 in the matter captioned, <u>Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC v. Scott Alexander Thompson</u>, FINRA Dispute Resolution Case No. 14-00349, is **CONFIRMED**;

2.   Judgment is entered in favor Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC and against Scott Alexander Thompson a/k/a Scott A. Thompson a/k/a Scott Thompson in the amount of $550,439.95, representing compensatory damages and pre-Award interest.

**IT IS SO ORDERED.**

Dated: 5/26/15

_____
Hon. John A. Kronstadt
United States District Judge

2